UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stanley Jerome Grayson Baker,       )
                                    )   Civil Action No 05- 2410
              Plaintiff             )
                                    )
         Vs                         )
                                    )
United States Judge Martin, and     )
William White Dep. Of Justcie et al )

Pecipe to United State District Judge

Plaintiff demand the Rule 8 to be forward as clear Statement of matter facts are the Superior District Court Judge Goodson Quoto Small ClaimWere William White and Introdustrial Bank and Attorney Varness Carpenter Are Quilty repeated harrassement and illegal removal of cash from account..

1.   United States Superior District Court Judge Mary Terrell Held Graham Houton Brown has ground for Trial, as Client of Rigg Bank did not Proof fund and cash were not withdrawn illegally as Members of Rigg Bank Arrested in U.S District Court Case number 05-35 Ct.

2.   Facts of Case were Plaintiff will not allow ever female he meet To be give to Paul Brown child making.

As well as the start of Land sell to cottom to have Cooper Marry Plaintiff, but changed for Brown and other Vicker Members fun and sex Misconduct behavior., in Los Vegas.

3.  And the Jone arrest of Rigg Bank , and Felony Indictment Land Purchase owner Cottom for drug charges.

4.  These arrest cause defemation of character, and personal Injuries, and cause of cross claims of creditors, that were named In Bankruptcy Cases. O5-0862 in Judge Martin Teel court room It's appeared that Judge Martin Statement out the recorded that William White were guilty did give relief.

Therefore the Plaintiff is requesting relief in the Bankruptcy Court The the Creditors that most were companies of William White should Write the debts are the Plaintiff should have his day in Court against Each Creditors that were take liberty above the role business.

5.  As well as the dating policy of Willian Justice with entitled Personal and Officers Wife.

6.  The Constutional Right to reject White Water Members Of the South Henig, and Other War against African American is also Grounds, and Mater Facts of the Summary Judge Being Requested From this United States District Court. As Plaintiff also Appeal to The United States Court tort Claims for Claims pass due and un Paid By the United States Tressury.

Signed;

*Stanley Jerome Grayson Baker*
Stanley Jerome Grayson Baker
5283 Riggby Road
Tallassee, Alabama, 36078
334-567-4418

ORDER

It's the Order of this court this case set for appearance in This Court the United States District Judge the same in Mircosoft case When Plaintiff were giving appearance for Argument that Mircosoft Case of BILL Gates were against depriving the Plaintiff constutional Rights under 24.01 as The Murder Maurice Gay and Nashville Grand Old Blue were an repeated of double jeopardy

_____

United States District Judge

Dated;   Dec 27, 20005

Notary Signature

Signed;        Stanley Jerome Grayson Baker